IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

VESTA E. WOLARIDGE                                                                         PLAINTIFF

      v.                              Civil No. 2:14-cv-2074-MEF

CAROLYN COLVIN, Commissioner
Social Security Administration                                                             DEFENDANT

## J U D G M E N T

For reasons stated in the memorandum opinion of this date, we hereby affirm the decision of the Commissioner and dismiss Plaintiff's case with prejudice. **The parties have sixty days from entry of the judgment on the docket in which to appeal.**

IT IS SO ORDERED AND ADJUDGED this 6th day of July, 2015.

                                                /s/ *Mark E. Ford*
                                        HONORABLE MARK. E. FORD
                                        UNITED STATES MAGISTRATE JUDGE